1  ALAN R. BRAYTON, ESQ., S.B. #73685
   RICHARD M. GRANT, ESQ., S.B. #55677
2  BRAYTON✦PURCELL LLP
   ATTORNEYS AT LAW
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5
   Attorneys for Plaintiffs
6

7

8                IN THE UNITED STATES DISTRICT COURT

9           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 JOHN O. ROBERTSON, et al,            )  No. C09-01122 CW
                                        )  ORDER GRANTING
12               Plaintiffs,            )  STIPULATION TO DISMISS
                                        )  DEFENDANT CROWN CORK & SEAL
13 vs.                                  )  AND REMAND CASE TO SAN
                                        )  FRANCISCO SUPERIOR COURT
14 ASBESTOS DEFENDANTS (BP), et al.,    )
                                        )
15               Defendants.            )

16

17         Come now Plaintiffs JOHN O. ROBERTSON, et al ("Plaintiffs") and Defendant

18 CROWN CORK AND SEAL COMPANY INC. ("CC&S"), who file the following stipulation

19 pursuant to Local Rules 7-1 and 7-12:

20         WHEREAS, defendant CC&S removed this case to the United State District Court for

21 the Northern District of California on March 13, 2009, on the ground that the court has "federal

22 officer" subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiffs'

23 allegations that his injury was caused by products designed and manufactured by CC&S under

24 the supervision and control of the United States government;

25         WHEREAS, Defendant CC&S was the sole removing defendant and no other defendant

26 joined in removal or filed a separate notice of removal;

27         WHEREAS, Plaintiffs and Defendant CC&S, the affected parties, have now reached a

28 resolution of Plaintiffs' claims against CC&S;

1     WHEREAS, Defendant CC&S's desire for a federal forum for this action is now moot
2 and given the resolution of Plaintiffs' claims against it; and
3     WHEREAS, pursuant to the parties' resolution, Plaintiffs and Defendant CC&S seek to
4 have this action remanded to state court, IT IS HEREBY STIPULATED by the affected parties,
5 Plaintiffs and Defendant CC&S, that all claims against Defendant CC&S shall be, and hereby
6 are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and
7 that this action shall be, and hereby is, immediately remanded to the San Francisco County
8 Superior Court, the court in which it was originally filed and from which it was removed.
9 Dated: March 18, 2009      BRAYTON ❖ PURCELL LLP

By: _____
Richard M. Grant
Attorneys for Plaintiffs

Dated: March 18, 2009      ARMSTRONG & ASSOCIATES, LLP

By: _____
Attorneys for Defendant CROWN CORK & SEAL

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the Superior Court of California, County of San Francisco, Case No 274749. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of San Francisco.

Dated: 3/25, 2009  By: _____
UNITED STATES DISTRICT COURT

K:\Injured\109942\Fed-STIP-DISMISS CC&S.wpd      2
STIPULATION TO DISMISS DEFENDANT CROWN CORK & SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT; C09-01122

## PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On March 20, 2009, I served the attached:

**STIPULATION TO DISMISS DEFENDANT CROWN CORK AND SEAL AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

.TO ALL PARTIES ON THE ATTACHED SERVICE LIST

  __XXX__  BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **March 20, 2009** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
JANE A. EHNI

Johh O. Robertson, et al. v. Asbestos Defs.
U.S.D.C. No. C09-01122 CW

Case 4:09-cv-01122-CW   Document 10   Filed 03/25/09   Page 4 of 4                                  1
Date Created: 3/20/2009-1:51:18 PM                                          Run By : Ehni, Jane (JAE)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 109942.001 - John Robertson

**Armstrong & Associates, LLP**
One Kaiser Plaza, Suite 625
Oakland, CA 94612
510-433-1830   510-433-1836 (fax)
**Defendants:**
   Crown Cork & Seal Company, Inc. (CC&S)

**Bassi, Edlin, Huie & Blum LLP**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006   415-397-1339 (fax)
**Defendants:**
   Hopeman Brothers, Inc. (HOPE)
   J.T. Thorpe & Son, Inc. (THORPE)
   Parker-Hannifin Corporation (PARKHF)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
   Berry & Berry (B&B)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
**Defendants:**
   Foster Wheeler LLC (FKA Foster Wheeler Corporation) (FOSTER)
   Union Carbide Corporation (UNIONC)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
**Defendants:**
   Goodyear Tire & Rubber Company, The (GOODYR)
   Ingersoll-Rand Company (INGRSL)

**Howard Rome Martin & Ridley**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
650-365-7715   650-364-5297 (fax)
**Defendants:**
   IMO Industries, Inc. (IMOIND)

**Jackson & Wallace**
55 Francisco Street
Sixth Floor
San Francisco, CA 94133
415-982-6300   415-982-6700 (fax)
**Defendants:**
   Viking Pump Inc. (VIKPUM)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200   415-882-8220 (fax)
**Defendants:**
   Crane Co. (CRANCO)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500   510-285-2505 (fax)
**Defendants:**
   Allis-Chalmers Corporation Product Liability Trust (ALLIS)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300   925-947-1594 (fax)
**Defendants:**
   Garlock Sealing Technologies, LLC (GARLCK)

**Law Offices of Jerome Schreibstein**
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
415-875-3355   415-358-9885 (fax)
**Defendants:**
   Bayer Cropscience Inc. (BAYCRO)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000   415-442-1001 (fax)
**Defendants:**
   Yarway Corporation (YARWAY)

**Pond North, LLP**
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
   Viacom, Inc. (VIACOM)

**Prindle, Decker & Amaro**
310 Golden Shore, Fourth Floor
Long Beach, CA 90802
562-436-3946   562-495-0564 (fax)
**Defendants:**
   Henry Vogt Machine Co. (HENVOG)

**Prindle, Decker & Amaro**
369 Pine St., Suite 800
San Francisco, CA 94104
415-788-8354   415-788-3625 (fax)
**Defendants:**
   ITT Industries, Inc. (ITTIND)

**Vasquez, Estrada & Dumont, LLP.**
Courthouse Square
1000 Fourth Street, Suite 700
San Rafael, CA 94901
415-453-0555   415-453-0549 (fax)
**Defendants:**
   Lamons Gasket Company (LAMONS)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
   Quintec Industries, Inc. (QUINTC)
   SB Decking, Inc. (SBDECK)
   SVI Corporation (SVICOR)
   Thomas Dee Engineering Co., Inc. (DEE)